## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **SHELTON ABERCRUMBLE** | **CIVIL ACTION NO. 24-0571** |
| | |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| | |
| **WARDEN BASS, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## **JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No. 9] having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Shelton Abercrumble's claims are **DISMISSED WITH PREJUDICE** for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 19th day of July 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE